IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morris Jr, Hugh E

Printed: 9/3/08

Case Number: 05 B 08297
Judge: Goldgar, A. Benjamin
Filed: 3/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 3, 2008
Confirmed: April 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,324.00 |  |
| Secured: |  | 926.49 |
| Unsecured: |  | 8,680.02 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 605.60 |
| Other Funds: |  | 1,111.89 |
| Totals: | 13,324.00 | 13,324.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 926.49 | 926.49 |
| 4. | Resurgence Financial LLC | Unsecured | 8,298.47 | 8,179.07 |
| 5. | T Mobile USA | Unsecured | 77.38 | 77.38 |
| 6. | AT&T Wireless | Unsecured | 423.57 | 423.57 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 280.00 | 0.00 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Chicagoland Emergency Phys SC | Unsecured |  | No Claim Filed |
| 10. | Citibank | Unsecured |  | No Claim Filed |
| 11. | West Suburban Hospital | Unsecured |  | No Claim Filed |
| 12. | AT&T Wireless | Unsecured |  | No Claim Filed |
| 13. | Voice Stream Wireless | Unsecured |  | No Claim Filed |
| 14. | Radio Shack | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,005.91 | $ 11,606.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 38.60 |
| 3% | 30.94 |
| 5.5% | 167.61 |
| 5% | 53.54 |
| 4.8% | 103.68 |
| 5.4% | 219.53 |
| 6.5% | (8.30) |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Morris Jr, Hugh E | Case Number: 05 B 08297 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 3/9/05 |

_____
$ 605.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

